| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-9472-JFW (SHx)**　　　　　　　　　　　Date: **March 21, 2012**

Title:　　Paula Williams -*v*- Giuseppe Cecchi, et al.

---

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　　　　None　　　　　　　　　　　　　　　　　　　　　None

**PROCEEDINGS (IN CHAMBERS):**　　ORDER DISMISSING ACTION

　　　In light of plaintiff's failure to respond to the Court's Order to Show Cause filed March 14, 2012, Dkt. No. 22, this action is dismissed without prejudice.

　　　IT IS SO ORDERED.

Initials of Deputy Clerk   sr